IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

CASE **NO. 09-15193-jkf**
CHAPTER 7

IN RE:
Phillip S. Andrews
Aka Phil Andrews Blount
Elisa M. Andrews

Debtor
_____/

## REQUEST FOR NOTICE

**COMES NOW, Montgomery County PA, a creditor in this Bankruptcy case, and files this Request for Notice.  Montgomery County PA., requests that any and all notices required under the Bankruptcy Rules and the Bankruptcy Code be sent to Montgomery County PA, 115 S. Jefferson Road, Bldg. D-1, Whippany, NJ 07981.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Request For Notice has been furnished electronically or by U.S. Mail on September 24, 2009 to The United States Bankruptcy Court, Eastern District of Pennsylvania, 900 Market Street, Suite 400, Philadelphia, PA. 19107; Chapter 7 Trustee,  Marvin Krasny, Maschmeyer Karalis, P.C., 1900 Spruce Street, Philadelphia, PA. 19103 and the debtor's attorney, Scott F. Waterman, 110 West Front Street, Media, PA. 19063.

By:_ /s/ Diane Illacqua_
Diane Illacqua as agent for
Montgomery County PA